UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  07-20628-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTWUN WILSON,

    Defendant.
_____/

## FINAL ORDER OF FORFEITURE

Upon motion of the United States for entry of a final order of forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(c), and the procedures outlined at Title 21, United States Code, Section 853(n) and Rule 32.2 of the Federal Rules of Criminal Procedure, upon a review of the record in this matter and for good cause shown thereby, the Court finds that:

1.    On January 22, 2008, this Court entered a Preliminary Order of Forfeiture [DE #40], condemning and forfeiting the interest of defendant **ANTWUN WILSON** (hereinafter referred to as "defendant") in the following property, to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1) and Title 21, United States Code, Section 853:

    a.    **Ruger P89 .9mm pistol;**
    b.    **ten (10) rounds of .9mm Sellier & Bellot ammunition; and**
    c.    **five (5) rounds of .9mm Federal ammunition;**

2. On January 30, 2008, a notice of the order forfeiting the property identified in the Preliminary Order, was published in the Miami Daily Business Review, a newspaper of general circulation. The published notice stated the intent of the United States to forfeit all right, title and interest in and to dispose of the property identified in said Preliminary Order of Forfeiture; advised all third parties, if any, of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property; and set forth the requirement that anyone seeking to claim an interest in the property to be forfeited must file a petition in conformance with Title 21, United States Code, Section 853(n)(3), within thirty days after the earlier of the final date of publication of the notice or the receipt of actual notice.

3. The Proof of Publication of Notice of Forfeiture was filed with the Clerk of this Court on April 28, 2008 [DE #61].

4. All persons known to the United States to have a legal interest in the property ordered forfeited have thereby been notified according to Title 21, United States Code, Section 853(n)(1).

5. No third party has filed a timely petition for an ancillary hearing and the Court is not aware of any party having any interest in the property ordered forfeited by the Preliminary Order of Forfeiture identified herein above.

**ACCORDINGLY**, pursuant to Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853(n) and for good cause shown, it is hereby:

**ORDERED** that all right, title, claim and interest in:

a. **Ruger P89 .9mm pistol;**
b. **ten (10) rounds of .9mm Sellier & Bellot ammunition; and**
c. **five (5) rounds of .9mm Federal ammunition;**

is hereby forfeited to and clear title vested in the United States of America. It is further

**ORDERED** that the Bureau of Alcohol, Tobacco, Firearms & Explosives, or any other duly authorized law enforcement official, shall dispose of the forfeited property in accordance with the law.

**DONE AND ORDERED** at Fort Lauderdale, Florida on this 26th day of June 2008.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE


cc:    AUSA William C. Healy (3 certified copies)