UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20628-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTWUN WILSON,

    Defendant.

_____/

## ORDER DENYING MOTION TO COMPEL RULE 35

**THIS CAUSE** is before the Court on a letter received from Defendant Antwun Wilson [DE 69] which is interpreted as a motion to compel Rule 35. The Court has considered the request, the Government's Response [DE 72], and is otherwise advised in the premises.

The Defendant seeks a sentence reduction based on his cooperation and assistance provided to the Government in the investigation and prosecution of others. The Government represents that the Defendant violated the cooperation agreement by engaging in unauthorized criminal activity. As a result of the unauthorized criminal activity, the Defendant was indicted in Case No. 08-20650-CR-MGC. The Defendant ultimately was sentenced to 151 months' imprisonment to be run concurrently with this Court's sentence. Thus, even though he violated the cooperation agreement in the instant case, he nevertheless was credited in Case No. 08-20650-CR-MGC. Additionally, the value of the Defendant's assistance is determined solely by the Government. Absent an unconstitutional motive, the Government's decision not to

reward substantial assistance cannot be challenged.  See <u>Wade v. United States</u>, 504 U.S. 181 (1992).

Accordingly, it is thereupon

**ORDERED AND ADJUDGED** that the Defendant's motion to compel Rule 35 is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of November, 2013.

 _____
 JAMES I. COHN
 United States District Judge

Copies provided to:
Counsel of record via CM/ECF