UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20628-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTWUN WILSON,

    Defendant.
_____/

### ORDER DENYING MOTION FOR RELIEF RE: DESCAMPS V. UNITED STATES

**THIS CAUSE** is before the Court on Defendant Antwun Wilson's Motion for Relief Re: Descamps v. United States, and Appointment of CJA Counsel Pursuant to Title 18 U.S.C. § 3006(a) [DE 71]. The Court has considered the motion, the Government's response [DE 73], and is otherwise advised in the premises.

Mr. Wilson asserts that pursuant to Descamps v. United States, 133 S. Ct. 2276 (2013), he fails to qualify for enhanced penalties under the Armed Career Criminal Act. He seems to maintain that his predicate offenses are not "violent felonies," however he makes no reference to the specific prior convictions. A review of the presentence report reflects three prior convictions for "serious drug offenses." See paras. 25, 27 & 28. Since the Armed Career Criminal Act requires three prior convictions for "a violent felony or a serious drug offense, or both," the necessary predicate is met by virtue of the serious drug offenses. See 18 U.S.C. § 924(e) (emphasis added).

It is therefore

**ORDERED AND ADJUDGED** that Defendant Antwun Wilson's Motion for Relief Re: <u>Descamps v. United States</u>, and Appointment of CJA Counsel Pursuant to Title 18 U.S.C. § 3006(a) [DE 71] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of November, 2013.

                                                                                            *James I. Cohn*
                                                                                            JAMES I. COHN
                                                                                            United States District Judge

Copies provided to:
Counsel of record via CM/ECF